FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>  JOHNATHAN PARRA,<br><br>  Defendant. | No. 4:19-CR-6069-SMJ-6<br><br>**ORDER ACCEPTING GUILTY PLEA AND DEFERRING ACCEPTANCE OF THE PLEA AGREEMENT** |

On June 10, 2021, the Court held a change-of-plea hearing in the above-captioned matter. Ian Garriques appeared for the Government. The Defendant was present, represented by Kenneth D. Therrien.

The Court finds that Defendant's guilty plea to Count 1 is knowing, intelligent, and voluntary and is not induced by fear, coercion, or ignorance. The Court finds this plea is given with the knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime, and the consequences of pleading guilty. The Court further finds that the facts admitted to by Defendant in open court constitute the essential elements of the crime charged. Accordingly, the Court accepts Defendant's guilty plea.

ORDER - 1

However, acceptance of the Rule 11(c)(1)(C) plea agreement is deferred until sentencing when the Court will have the benefit of a Presentence Investigation Report.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's guilty plea to Count 1 is **ACCEPTED**.

2. All pending motions are **DENIED AS MOOT**.

3. The trial date is **STRICKEN**.

4. In the event an Order is entered permitting withdrawal of the guilty plea, Speedy Trial Act time will be calculated consistent with 18 U.S.C. § 3161(i).

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of June 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2