**KEN THERRIEN**
**413 NORTH SECOND STREET**
**YAKIMA, WA 98901**
**509.457.5991**

Attorney for:
JONATHAN PARRA

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Salvador Mendoza, Jr.)

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) NO.   1:19-CR-6069-SMJ-6 |
| Plaintiff, | ) |
| vs. | ) DEFENDANT'S SENTENCING |
| | ) MEMORANDUM |
| | ) |
| JONATHAN PARRA, | ) |
| Defendant. | ) |

TO:          WILLIAM HYSLOP, United States Attorney
AND TO:    BENJAMIN SEAL, Assistant United States Attorney
AND TO:    JENNIFER DYKSTRA, United States Probation Officer

Jonathan Parra, by and through his attorney of record, Ken Therrien hereby submits this sentencing memorandum in preparation for his sentencing hearing scheduled for September 23, 2021 at 10:15 a.m. in Richland, Washington. At the time of his sentencing, Mr. Parra will request that he be allowed to serve the sentence imposed by this Court at the Federal Correctional Facility located in Sheridan,

DEFENDANT'S SENTENCING MEMORANDUM
Page  1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

Oregon. Mr. Parra respectfully request leaveto supplement this sentencing memorandum with additional information as it becomes available to him.

## I. <u>Base Offense Level & Enhancements</u>

Jonathan Parra asserts that the Base Offense Level computation has been correctly calculated at 36. Mr. Parra agrees that a two-level increase pursuant to USSG §2D1.1(b)(2) is correct and with a three-level reduction for acceptance of responsibility making his total offense level is 35. Mr. Parra agrees that his criminal history score is "4" which places him in Criminal History Category III Based on these calculations Jonathan Parra confirms the following guideline calculation:

Count 1:  210-262 months

### <u>Defense guideline calculation</u>.

| | | |
|---|---|---|
| 1. | Base Offense Level | 36 |
| 2. | Specific Offense Characteristics | + 2 |
| 3. | Adjusted Offense Level | 38 |
| 4. | Acceptance of Responsibility | |
| | (U.S.S.G. § 3E1.1(a)) | -2 |
| | (U.S.S.G. § 3E1.1(b)) | -1 |
| 5. | Total Offense Level | 35 |
| 6. | Advisory Guideline Range | 210-262 months |

### <u>Clarification</u>

Paragraph 16 page 24 PSIR: Mr. Parra did not decline the PSIR interview.

Scheduling issues prevented Mr. Parra from participating in the PSIR interview. In

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

fact on October 5, 2021 Mr. Parra spoke with USPO Dykstra via video conference from the Benton County Jail in preparation or sentencing hearing scheduled for November 18, 2021.

## I. **Departures**

Jonathan Parra has plead guilty to the criminal behavior identified in his Plea Agreement pursuant to Rule 11(c )1(C) with an agreement that Mr. Parra can withdraw his plea agreement if he receives a sentence more than 135 months.

## III. **18 U.S.C. 3553(a)**

18 § USC 3553 sets out factors to be considered by the Court when determining what sentence would be "sufficient but not greater than necessary," to comply with the purposes of the statute. While no one factor is necessarily more determinative than the other, 18 § USC 3553 provides a sequential list of factors to assist the sentencing Court in its analysis.

The District Court may not presume that the guideline range is reasonable, nor should the guideline factors be given any more or less weight than any other. **United States v. Carty**, 520 F.3d 984, 991 (9th Cir. 2008) en banc, citing **Rita**[1], **Gall**[2], and **Kimbrough**[1]. The guidelines are but one factor to be taken into account in arriving at an appropriate sentence. **Id**.

### **Nature of the Offense**

The criminal behavior to which Mr. Parra has plead guilty is described in his plea agreement. Mr. Parra admits to his participation in conspiracy as set forth in the plea agreement.

---

[1] Rita v. United States, 127 S.Ct. 2456 (2007)
[2] Gall v. United States, 127 S.Ct. 2833 (2007)

DEFENDANT'S SENTENCING MEMORANDUM
Page 3

## The History and Characteristics of the Defendant

Jonathan Parra is a father of A.P. ho is 3 years old. The mother of A.P. is Bianca Lopez who is a co-defendant in this case. Jonathan loves his son and not being in his life will be one of the most difficult parts of his incarceration. Jonathan did graduate from Riverview High School in Finley 2015. Jonathan reports his family were not rich but they worked. In school Jonathan had trouble paying attention in class and drug use in Highschool. Jonathan's smoked marijuana since the age of 13, he used cocaine but cut back when his son was born. Jonathan does believe he would benefit from some drug treatment while incarcerated. Physically Jonathan previously suffered one crushed disc and one dislocated disc in his spine which causes him pain. He takes over the counter pain relievers for the pain. His father got him a business license for "Detailing" of motor vehicles. Jonathan's employment record shows his ability to work and make a better life for himself and his son once he has completed his sentence.

## Promote Respect for the Law, Adequate Deterrence and Protection of the Public.

Jonathan Parra understands, as his criminal history increases, so does his exposure to more serious legal consequences if he continues down this path. Mr. Parra will have to decide to change the way he has been living his life and associate with better people. Hopefully Jonathan will take advantage of the programs and courses available to him in Federal Prison to give him a better opportunity to leave his old life behind and become a father to A.P.

---

[1] Kimbrough v. United States, 128 S.Ct. 558 (2007)

DEFENDANT'S SENTENCING MEMORANDUM
Page 4

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

## Prior Contact with the Criminal Justice System

Jonathan Parra's prior contacts with the criminal justice system indicate evidence of immaturity combined with a substance abuse problem. Hopefully he will take advantage of the programs available to him while in prison to make a better life for himself and his son upon his release.

# III. Conclusion

18 USC § 3553 instructs the sentencing court to impose a sentence "sufficient but not greater than necessary" to comply with the purposes set forth in paragraph 2 of its subsection. Based upon the information provided Rolando Vargas respectfully request that this Court impose a sentence of 72 months.

DATED this 27 day of October, 2021.

*/s/ Ken Therrien*
Ken Therrien, WSBA # 20291
Attorney for Jonathan Parra

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on October 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Benjamin D. Seal, Assistant United States Attorney

*s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Jonathan Parra
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

DEFENDANT'S SENTENCING MEMORANDUM
Page  6

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991